IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

IN RE: MONSANTO COMPANY
GENETICALLY-ENGINEERED WHEAT
LITIGATION

MDL NO. 2473

Case No. 13-md-2473-KHV-GEB

This Document Relates to:
Case No. 2:14-cv-02285

## MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, comes the Plaintiffs in the hereafter described action now pending before this Court and respectfully move the Court to dismiss, with prejudice, this case as it has been finally settled between the parties, and there remains no issue for disposition by the Court. The case to be dismissed is entitled:

Case No. 2:14-cv-02285    Gene Crouch, et al. v. Monsanto Co.

**WHEREFORE**, Plaintiffs pray that this matter be dismissed with prejudice.

Respectfully submitted,

Paul Byrd
Paul Byrd Law Firm, PLLC
415 N. McKinley St., Suite 210
Little Rock, AR 72205
Ph: (501) 420-3050
Paul@PaulByrdLawFirm.com

James J. Thompson, Jr.
The Historic Massey Building
2025 3rd Avenue North
Birmingham, Alabama 35203
Ph: (205) 327-9290
JT@jimthompsonlaw.com

Clark W. Mason
CLARK MASON ATTORNEYS
200 River Market Avenue, Suite 250
Little Rock, AR 72201

Ph: (501) 219-0077
Clark@clarkmason.com

Nolan Awbrey
Riley – Jackson Attorneys
3530 Independence Drive
Birmingham, Alabama 35209
Ph: (205) 879-5000
Nolan@rileyjacksonlaw.com


By: __/s/ Paul Byrd_____
Paul Byrd, AR Bar #: 85020

***Attorney for Plaintiffs***

## CERTIFICATE OF SERVICE

    I certify that on 11th day of August, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send a notice of electronic filing to all persons registered for ECF as of that date.


/s/ Paul Byrd_____
Paul Byrd