# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: MONSANTO COMPANY GENETICALLY-ENGINEERED WHEAT LITIGATION | MDL NO. 2473<br><br>Case No. 13-md-2473-KHV-GEB<br><br>This Document Relates to:<br>Case No. 2:14-cv-02285 |

## ORDER

The Court having considered the Motion To Dismiss With Prejudice (Doc. #77) filed August 11, 2015, and having been advised that these matters are finally resolved and therefore subject to dismissal, orders as follows.

**IT IS ORDERED** that the matter entitled

Case No. 2:14-cv-02285      Gene Crouch, et al. v. Monsanto Co.

be and hereby is **DISMISSED with prejudice**.

Dated this 14th day of August, 2015 in Kansas City, Kansas.

/s Kathryn H. Vratil
Kathryn H. Vratil
United States District Judge